# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MICHAEL YARBROUGH, JR.; et al.**            **PLAINTIFFS**

**v.**            **CAUSE NO. 1:18cv51-LG-RHW**

**HUNT SOUTHERN GROUP, LLC**
*formerly known as* **Forest City**
**Southern Group, LLC; et al.**            **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Michael Yarbrough, Jr., Ann Yarbrough, Alizelyia Yarbrough, Michael Yarbrough, III, and James Yarbrough's claims against Defendants Hunt Southern Group, LLC, Forest City Residential Management, LLC, and Hunt MH Property Management, LLC,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2019.

           s/ *Louis Guirola, Jr.*
           LOUIS GUIROLA, JR.
           UNITED STATES DISTRICT JUDGE